IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   William Brandon Alonzo | : | Case No: 1-18-bk-03389-RNO |
|     Debtor, | : | |
| | : | Chapter 7 |
| | : | |
| Toyota Motor Credit Corporation | : | 11 U.S.C. 362 |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| William Brandon Alonzo | : | |
|     Debtor, | : | |
| | : | |
| Lawrence G. Frank | : | |
|     Trustee | : | |

### DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COMES**, Debtor, William Brandon Alonzo, by and through his attorneys, Jacobson, Julius, & Harshberger, and hereby file this Answer to Movant's Motion for Relief From the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

1

10. Admitted.

11. Admitted.

12. Paragraph 12 of Movant's motion is a conclusion of law to which no response is required. By way of additional response, Debtor's son is a co-obligor on said debt and is hopeful that the Movant would be willing to entertain and discuss making Moving current.

13. Paragraph 13 of Movant's motion is a conclusion of law to which no response is required.

**WHEREFORE**, Debtors respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

Dated: November 7, 2018

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| William Brandon Alonzo : | Case No: 1-18-bk-03389-RNO |
| Debtor, : | |
| : | Chapter 7 |
| : | |
| Toyota Motor Credit Corporation : | 11 U.S.C. 362 |
| Movant : | |
| : | |
| v. : | |
| : | |
| William Brandon Alonzo : | |
| Debtor, : | |
| : | |
| Lawrence G. Frank : | |
| Trustee : | |

## CERTIFICATE OF SERVICE

I, Colleen, paralegal with Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Motion For Relief From The Automatic Stay upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Lawrence G. Frank (Trustee) | James C. Warmbrodt, Esquire<br>KML Law Group, P.C.<br>Suite 5000- BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
| U.S. Trustee<br>601 Walnut Street, Ste. 950 West<br>Philadelphia, PA 19106 | |

                                                                        s/Colleen Reed
                                                                        Colleen Reed, Paralegal
                                                                        Jacobson, Julius & Harshberger
                                                                        8150 Derry Street
                                                                        Harrisburg, PA  17111
                                                                        717.909.5858
                                                                        FAX:  717.909.7788
Dated: November 7, 2018                       Email: tramsey@ljacobsonlaw.com

3