## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   William Brandon Alonzo | : | Case No: 1-18-bk-03389-RNO |
|     Debtor, | : | |
| | : | Chapter 7 |
| | : | |
| Toyota Motor Credit Corporation | : | 11 U.S.C. 362 |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| William Brandon Alonzo | : | |
|     Debtor, | : | |
| | : | |
| Lawrence G. Frank | : | |
|     Trustee | : | |

## WITHDRAWAL OF DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw the answer filed by the Debtors to Toyota Motor Credit Corporation's Motion for Relief from the automatic stay. Relief may be granted.

                                  Respectfully Submitted,

Date: November 26, 2018        s/Chad J. Julius
                                          Chad J. Julius, Counsel For Debtor
                                          ID # 209496
                                          Jacobson, Julius & Harshberger
                                          8150 Derry Street
                                          Harrisburg, PA 17111
                                          717.909.5858
                                          FAX: 717.909.7788
                                          Email: cjulius@ljacobsonlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
                    OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| William Brandon Alonzo | : | Case No: 1-18-bk-03389-RNO |
| Debtor, | : | |
| | : | Chapter 7 |
| | : | |
| Toyota Motor Credit Corporation | : | 11 U.S.C. 362 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| William Brandon Alonzo | : | |
| Debtor, | : | |
| | : | |
| Lawrence G. Frank | : | |
| Trustee | : | |

                        CERTIFICATE OF SERVICE

I, Colleen, paralegal with Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Withdrawal of Respondent's Answer to Movant's Motion For Relief From The Automatic Stay upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| Lawrence G. Frank (Trustee) | James C. Warmbrodt, Esquire<br>KML Law Group, P.C.<br>Suite 5000- BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1532 |
|---|---|
| U.S. Trustee<br>601 Walnut Street, Ste. 950 West<br>Philadelphia, PA 19106 | |

                                s/Colleen Reed
                                Colleen Reed, Paralegal
                                Jacobson, Julius & Harshberger
                                8150 Derry Street
                                Harrisburg, PA  17111
                                717.909.5858
                                FAX:  717.909.7788
Dated: November 26, 2018         Email: tramsey@ljacobsonlaw.com