```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 18-03389-RNO
William Brandon Alonzo                                          Chapter 7
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar            Page 1 of 1         Date Rcvd: Dec 13, 2018
                             Form ID: fnldecnd        Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db           +William Brandon Alonzo,    1244 Amber Lane,    Harrisburg, PA 17111-3106
cr           +Emerald Point, LP,    1239 Amber Lane,    Harrisburg, PA 17111-3104
5095731      +Ally Financial, Inc.,    500 Woodward Ave,    Detroit, MI 48226-3423
5095732     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982234,    El Paso, TX 79998-2234)
5095733      +Brandon Alanzo,    1244 Amber Lane,    Harrisburg, PA 17111-3106
5095734      +Citibank NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
5095735      +Eric & Lori Ann Borino vs WA/Pencil,    1242 Victor Avenue,    Union, NJ 07083-3706
5095736      +Flagship Resort Development, Inc.,    60 N. Maine Avenue,    Atlantic City, NJ 08401-5518
5095737      +Jonathan Goodman, Esquire,    649 Neward Avenue,    Jersey City, NJ 07306-2303
5095738       Mara P. Codey, Esq,    Mandelbaum Salsburg, P.C.,    Roseland, NJ 07068
5095741      +Pong Chang,    11 Vista Ct.,    East Brunswick, NJ 08816-2894
5095742       Quantum Imaging and Therapeutic,    PO Box 62165,    Baltimore, MD 21264-2165
5095743      +Rosella Passarella,    60 N. Main Avenue,    Atlantic City, NJ 08401-5518
5095744      +Srini Munukutla,    Neelaveni Bellamkonda,    14 Edward Avenue,    Edison, NJ 08820-2974
5095746     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit Corp,    5005 N River Blvd NE,
               Cedar Rapids, IA 52411-6634)
5095747      +Wells Fargo/Bobs Discount Furniture,    PO Box 71118,    Charlotte, NC 28272-1118
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5096235      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2018 19:31:49
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5095739      +E-mail/Text: CDuffy@pinnaclehealth.org Dec 13 2018 19:19:34      Pinnacle Health Hospitals,
              111 South Front Street,    Harrisburg, PA 17101-2099
5095745      +E-mail/Text: marisa.sheppard@timepayment.com Dec 13 2018 19:19:47      Time Payment Corp,
              1600 District Ave, Suite 200,    Burlington, MA 01803-5233
                                                                                            TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5095740*     +Pinnacle Health Hospitals,    111 South Front Street,    Harrisburg, PA 17101-2099
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
```
              Chad J. Julius    on behalf of Debtor 1 William Brandon Alonzo cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Steven M Williams    on behalf of Creditor    Emerald Point, LP swilliams@cohenseglias.com,
               azortman@cohenseglias.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William Brandon Alonzo, **Debtor 1** | Chapter 7 |
| | Case No. 1:18−bk−03389−RNO |

Social Security No.: xxx−xx−0746

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **William Brandon Alonzo** in accordance with F.R.B.P. 4004(c)(1)(H).

Dated: December 13, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)