Certificate Number: 13858-PAM-DE-031818980

Bankruptcy Case Number: 18-03389



13858-PAM-DE-031818980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2018, at 4:51 o'clock PM EDT, William Alonzo completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 26, 2018

By: /s/Edwin G. Calderon

Name: Edwin G. Calderon

Title: Vice President